# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 1035

VERSUS

TONEY A. GALLO

**DECEMBER 1, 2022**

---

In Re:    Toney A. Gallo, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1801969.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** Relator does not clearly state what relief he seeks. This court is limited to the review of lower court rulings, or the failure to act on a properly filed petition. Any application filed in this court should set forth what relief has been sought in the lower court, the result of such filing, and the relief relator seeks in this court. Additionally, relator should include in his application, a copy of the petition or ruling at issue, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in his writ application.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT